**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Paulaz Enterprises Inc. | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | DBA Image360 Hollywood FL |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-3089354 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 3286 N. 29th Ct <br> Hollywood, FL 33020 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Broward <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.image360hollywoodfl.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    Paulaz Enterprises Inc.                                    Case number (*if known*) _____
         _____
         Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply:*

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship |
|---|---|---|
| _____ | | _____ |

District _____  When _____  Case number, if known _____

Debtor   Paulaz Enterprises Inc.                                         Case number (*if known*)
_____
Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   Paulaz Enterprises Inc. _____     Case number (*if known*) _____
      Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 15, 2025 _____
            MM / DD / YYYY

**X** /s/  Shrenik Nanavati _____     Shrenik Nanavati _____
    Signature of authorized representative of debtor     Printed name

Title    President _____

**18. Signature of attorney**

**X** /s/ Chad Van Horn _____     Date   July 15, 2025 _____
    Signature of attorney for debtor            MM / DD / YYYY

Chad Van Horn _____
Printed name

Van Horn Law Group, P.A. _____
Firm name

500 NE 4th Street, Suite 200
Fort Lauderdale, FL 33301 _____
Number, Street, City, State & ZIP Code

Contact phone   (954) 765-3166 _____     Email address   chad@cvhlawgroup.com _____

64500 FL _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Paulaz Enterprises Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 15, 2025    **X** /s/   Shrenik Nanavati
                                    Signature of individual signing on behalf of debtor

                                    Shrenik Nanavati
                                    Printed name

                                    President
                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    Paulaz Enterprises Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alliance Franchise Brands 47585 Galleon Drive Plymouth, MI 48170 | | | | | | $20,188.00 |
| Amex Business National Bank 115 West Towne Ridge Parkway Sandy, UT 84070 | | Line of Credit | | | | $128,081.00 |
| Chase Card Services POB 15548 Wilmington, DE 19886 | | Credit Card | | | | $69.84 |
| Florida Department of Revenue PO Box 6668 Tallahassee, FL 32314 | | | | | | Unknown |
| Internal Revenue Service PO Box 7317 Philadelphia, PA 19101-7317 | | | | | | Unknown |
| ODK Capital, LLC, dba On Deck 4700 W Daybreak Pkwy Ste 200 South Jordan, UT 84009 | | Term Loan | | | | $311,888.00 |
| TD Bank 27777 Inkster Road Farmington, MI 48334 | | 2022 Mercedes-Benz Sprinter VIN #W1Y70BGY3NT108250 | | $27,317.00 | $25,350.00 | $1,967.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                                            Best Case Bankruptcy

Debtor    Paulaz Enterprises Inc.
           Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Administration Covid EIDL Service Center 14925 Kingsport Rd. Fort Worth, TX 76155 | | | | | | $520,214.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor __Paulaz Enterprises Inc._____   Case number *(if known)* _____
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim |  | |
|---|---|---|---|---|---|---|
|  |  |  |  | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |  | |
|  |  |  |  | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wells Fargo Bank, NA Credit MAC D4004-03A PO Box 2715 Bureau DISPUTE Winston Salem, NC 27102 |  | Wells Fargo Wells Fargo Space Coast Credit Union Space Coast Credit Union   Bluevine Fidelity Investments Accounts Receivable AMOUNT PENDING Production vinyl - 91 unopened rolls; 70 open rollsRigid Substrate - 4ft x 8ft boardsPaint - 100 opn cans Various goods in progress Finished product; material for resale 7 chairs; 2 end tables; 1 rug; 1 logo mat; 12 desks; 11 office chairs; 6 wood hutches; 3 metal filing cabinets; 3 credenza; 3 wooden book shelves; 11 plastic crates; 5 tables; 14 table chairs; 2 acrylic printed image; 2 dry erase boards; 10 metal shelves; 1 wood filing cabinet; 1 plastic locker stand; 3 wood cabinets; 2 wood caddy; 7 plastic shelves; 3 warehouse shelves (12 ft high x 18 ft wide); 3 flammable cabinets; 5 ladders; 6 carts/dollies; 5 waste cans; 1 dry vac; 1 metal cabinet; 3 tool boxes; 2 production tables (5x16 ft) 1 production table (5x5 ft); 1 refrigerator; 2 televisions; 1 microwave; 1 coffee maker; 1 toaster oven. 11 desktop computers; 2 laptop computers; 17 monitors; 3 office printers; video camera |  | $637,481.00 | $270,082.25 | $367,398.75 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   Paulaz Enterprises Inc.

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wells Fargo Small Business Operations PO Box 29482 Phoenix, AZ 85038 | | Line of Credit | | | | $83,191.00 |
| Wells Fargo Small Business Operations PO Box 29482 Phoenix, AZ 85038 | | Credit Card | | | | $5,405.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ Paulaz Enterprises Inc._____

United States Bankruptcy Court for the: _____ SOUTHERN DISTRICT OF FLORIDA_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................    $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................    $      303,282.25

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................    $      303,282.25

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      664,798.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      1,069,036.84

4. **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b      $      1,733,834.84

| Fill in this information to identify the case: |
|---|

Debtor name    Paulaz Enterprises Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo | Business Checking | 5206 | $961.48 |
| 3.2. | Wells Fargo | Business Checking | 1932 | $2,937.24 |
| 3.3. | Space Coast Credit Union | Savings | 8830 | $56,796.85 |
| 3.4. | Space Coast Credit Union | Checking | 8848 | $153,911.68 |
| 3.5. | Bluevine | Checking | 8849 | $0.00 |
| 3.6. | Fidelity Investments | Investment Account | 4984 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

Debtor    Paulaz Enterprises Inc.                                    Case number *(If known)* _____
          Name

**5.**     **Total of Part 1.**                                                            | $214,607.25 |
           Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.    Go to Part 3.
☒ Yes Fill in the information below.

**7.**     **Deposits, including security deposits and utility deposits**
           Description, including name of holder of deposit

           7.1.   Landlord Security Deposit ($4,943.75) - Subject to landlord's lien.                    $0.00

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
           Description, including name of holder of prepayment

**9.**     **Total of Part 2.**                                                            | $0.00 |
           Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.    Go to Part 4.
☒ Yes Fill in the information below.

**11.**    **Accounts receivable**

           11a. 90 days old or less: _____0.00_____  -  _____0.00_____  = ....        $0.00
                                        face amount            doubtful or uncollectible accounts

**12.**    **Total of Part 3.**                                                            | $0.00 |
           Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☒ No.    Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.    Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** Production vinyl - 91 unopened rolls; 70 open rolls Rigid Substrate - 4ft x 8ft boards Paint - 100 opn cans | April 2025 | $0.00 | Debtor's opinion | $20,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  Paulaz Enterprises Inc._____  Case number *(If known)*_____
          Name

| 20. | **Work in progress** | | | | |
|---|---|---|---|---|---|
| | Various goods in progress | April 2025 | $0.00 | Debtor's opinion | $10,000.00 |

| 21. | **Finished goods, including goods held for resale** | | | | |
|---|---|---|---|---|---|
| | Finished product; material for resale | April 2025 | $0.00 | Debtor's opinion | $10,000.00 |

| 22. | **Other inventory or supplies** | | | | |
|---|---|---|---|---|---|
| | Productions supplies: hardware; printer ink | April 2025 | $0.00 | Debtor's opinion | $5,000.00 |

23. **Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

| $45,000.00 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

Debtor      Paulaz Enterprises Inc.                                    Case number *(If known)* _____
            Name

7 chairs; 2 end tables; 1 rug; 1 logo mat; 12
desks; 11 office chairs; 6 wood hutches; 3 metal
filing cabinets; 3 credenza; 3 wooden book
shelves; 11 plastic crates; 5 tables; 14 table
chairs; 2 acrylic printed image; 2 dry erase
boards; 10 metal shelves; 1 wood filing cabinet; 1
plastic locker stand; 3 wood cabinets; 2 wood
caddy; 7 plastic shelves; 3 warehouse shelves (12
ft high x 18 ft wide); 3 flammable cabinets; 5
ladders; 6 carts/dollies; 5 waste cans; 1 dry vac; 1
metal cabinet; 3 tool boxes; 2 production tables
(5x16 ft) 1 production table (5x5 ft); 1 refrigerator;
2 televisions; 1 microwave; 1 coffee maker; 1
toaster oven.                                          $0.00    Debtor's opinion                  $5,000.00

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and
       communication systems equipment and software**
       11 desktop computers; 2 laptop computers; 17
       monitors; 3 office printers; video camera
       monitoring system; 2 mobile phones; 4 tablets; 1
       diskstation; 2 hard drive                       $0.00    Debtor's opinion                  $5,000.00

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                      $10,000.00
       Add lines 39 through 42.    Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☒ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.   Go to Part 9.
   ☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | 2010 Dodge Ram 1500 ST Quad Cab VIN<br>#1D7RB1GK1AS204123 | $0.00 | Black Book average<br>wholesale value | $2,850.00 |
|---|---|---|---|---|
| 47.2. | 2022 Mercedes-Benz Sprinter VIN<br>#W1Y70BGY3NT108250 | $0.00 | Black Book average<br>wholesale value | $25,350.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor   Paulaz Enterprises Inc.                                        Case number *(If known)*
_____
Name

| | | | | |
|---|---|---|---|---|
| 47.3. | 2006 Ford Commercial Van E450<br>VIN #1FDXE45S06HA86305 | $0.00 | Black Book average<br>wholesale value | $3,200.00 |
| 47.4. | 2008 Honda Odyssey EX-L Wagon<br>VIN #5FNRL386388035959 | $0.00 | Black Book average<br>wholesale value | $2,275.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**
       Epson Surecolor Resin Printer (R5070PE) (S/N
       X7QK000167); Epson Surecolor Resin Printer
       (R5070PE) (S/N X7QK000195).

| | | | |
|---|---|---|---|
| (Subject to Equipment lease with CIT/First<br>Citizens - no value to debtor) | $0.00 | N/A | $0.00 |

AZ1360GTF Arizona 1360 GT Flow; and
TRV211-ONYX Thrive 211 Oce Edition;
Advantage Thrive 1-4

| | | | |
|---|---|---|---|
| (Leased - Canon Solutions America Inc. Lessor;<br>No value to Debtor) | $0.00 | N/A | $0.00 |

Grimco Gfp 663TH 63" Top Heat Laminator (S/N
2310663TH-A082); Summa S3TC160 (S/N
T82402-10007).

| | | | |
|---|---|---|---|
| (Subject to Equipment lease with CIT/First<br>Citizens - no value to debtor) | $0.00 | N/A | $0.00 |

51.   **Total of Part 8.**                                                          $33,675.00
       Add lines 47 through 50.   Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☒ No
       ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Paulaz Enterprises Inc.
_____    Case number *(If known)* _____
         Name

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☒ No.   Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    Paulaz Enterprises Inc.
          Name                                              Case number *(If known)*

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $214,607.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $45,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $33,675.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $303,282.25 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $303,282.25 |

**Fill in this information to identify the case:**

Debtor name ___Paulaz Enterprises Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | Do not deduct the value of collateral. | |

**2.1** **TD Bank**
Creditor's Name

27777 Inkster Road
Farmington, MI 48334
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number** 8324

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2022 Mercedes-Benz Sprinter VIN #W1Y70BGY3NT108250

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $27,317.00 | $25,350.00 |

**2.2** **Wells Fargo Bank, NA**
Creditor's Name
Credit

**Describe debtor's property that is subject to a lien**
Wells Fargo; Wells Fargo; Space Coast Credit

| $637,481.00 | $270,082.25 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Paulaz Enterprises Inc.
_____
          Name                                      Case number (if known) _____

MAC D4004-03A
PO Box 2715
Bureau DISPUTE
Winston Salem, NC 27102

Union ; Space Coast Credit Union ; Bluevine;
Fidelity Investments ; Accounts Receivable
AMOUNT PENDING; Production vinyl - 91
unopened rolls; 70 open rollsRigid Substrate - 4ft
x 8ft boardsPaint - 100 opn cans; Various goods
in progress; Finished product; material for resale;
7 chairs; 2 end tables; 1 rug; 1 logo mat; 12
desks; 11 office chairs; 6 wood hutches; 3 metal
filing cabinets; 3 credenza; 3 wooden book
shelves; 11 plastic crates; 5 tables; 14 table
chairs; 2 acrylic printed image; 2 dry erase
boards; 10 metal shelves; 1 wood filing cabinet;
1 plastic locker stand; 3 wood cabinets; 2 wood
caddy; 7 plastic shelves; 3 warehouse shelves
(12 ft high x 18 ft wide); 3 flammable cabinets; 5
ladders; 6 carts/dollies; 5 waste cans; 1 dry vac;
1 metal cabinet; 3 tool boxes; 2 production tables
(5x16 ft) 1 production table (5x5 ft); 1
refrigerator; 2 televisions; 1 microwave; 1 coffee
maker; 1 toaster oven.; 11 desktop computers; 2
laptop computers; 17 monitors; 3 office printers;
video camera monitoring system; 2 mobile
phones; 4 tablets; 1 diskstation; 2 hard drive;
2006 Ford Commercial Van E450VIN
#1FDXE45S06HA86305; 2008 Honda Odyssey
EX-L WagonVIN #5FNRL386388035959

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | Business Loan |
| | **Is the creditor an insider or related party?** |
| | ☒ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ☐ No |
| **Date debt was incurred** | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** 4150 | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $664,798.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name    Paulaz Enterprises Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Florida Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>Alliance Franchise Brands<br>47585 Galleon Drive<br>Plymouth, MI 48170 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,188.00 |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| Debtor | Paulaz Enterprises Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2** 

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,081.00 |
|---|---|---|
| Amex Business National Bank<br>115 West Towne Ridge Parkway<br>Sandy, UT 84070 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Line of Credit | |
| **Last 4 digits of account number** 9890 | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.84 |
|---|---|---|
| Chase Card Services<br>POB 15548<br>Wilmington, DE 19886 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Credit Card | |
| **Last 4 digits of account number** 7099 | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311,888.00 |
|---|---|---|
| ODK Capital, LLC, dba On Deck<br>4700 W Daybreak Pkwy Ste 200<br>South Jordan, UT 84009 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Term Loan | |
| **Last 4 digits of account number** 9230 | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520,214.00 |
|---|---|---|
| U.S. Small Business Administration<br>Covid EIDL Service Center<br>14925 Kingsport Rd.<br>Fort Worth, TX 76155 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** 2020 | **Basis for the claim:** _ | |
| **Last 4 digits of account number** 7210 | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,191.00 |
|---|---|---|
| Wells Fargo Small Business Operations<br>PO Box 29482<br>Phoenix, AZ 85038 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Line of Credit | |
| **Last 4 digits of account number** 1417 | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,405.00 |
|---|---|---|
| Wells Fargo Small Business Operations<br>PO Box 29482<br>Phoenix, AZ 85038 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Credit Card | |
| **Last 4 digits of account number** 0135 | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | U.S. Attorney for SBA<br>99 NE 4th Street<br>33132 | Line  3.5<br><br>☐ Not listed. Explain ____ | _ |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Paulaz Enterprises Inc. | | Case number (if known) | |
|--------|------------------------|---|------------------------|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | U.S. Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20416 | Line  3.5 <br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**   Add the amounts of priority and nonpriority unsecured claims.



| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    0.00 |
| **5b. Total claims from Part 2** | 5b.   + | $    1,069,036.84 |
| **5c. Total of Parts 1 and 2**<br>      Lines 5a + 5b = 5c. | 5c. | $    1,069,036.84 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Paulaz Enterprises Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)              

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Property Lease | |
| | State the term remaining | Ends: June 30, 2026 | American Network Management, Inc. |
| | List the contract number of any government contract | | 6499 Powerline Road, Suite 301 |
| | | | Hallandale, FL 33009 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Capitalized Lease for AZ1360GTF Arizona 1360 GT Flow; and TRV211-ONYX Thrive 211 Oce Edition; Advantage Thrive 1-4 | |
| | State the term remaining | End date: Apr 1 2029 | Canon Financial Services Inc. |
| | List the contract number of any government contract | 630-1 | 158 Gaither Drive, Suite 200 |
| | | | Mount Laurel, NJ 08054 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease for Epson Surecolor Resin Printer (R5070PE) (S/N X7QK000167); Epson Surecolor Resin Printer (R5070PE) (S/N X7QK000195). | |
| | State the term remaining | In or around July 2028 | CIT/First Citizens Bank |
| | List the contract number of any government contract | | 155 Commerce Way |
| | | | Portsmouth, NH 03801 |

Debtor 1   Paulaz Enterprises Inc.

First Name   Middle Name   Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Grimco Gfp 663TH 63" Top Heat Laminator (S/N 2310663TH-A082); Summa S3TC160 (S/N T82402-10007). | |
|---|---|---|---|
| | State the term remaining | Ends in or around July 2028 | |
| | List the contract number of any government contract | | CIT/First Citizens Bank 155 Commerce Way Portsmouth, NH 03801 |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Phone Service/Equipment | |
|---|---|---|---|
| | State the term remaining | Ends: August 25, 2025 | |
| | List the contract number of any government contract | 6296 | Comcast Business P.O. Box 21638 Saint Paul, MN 55121 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | HP Printer Contract |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     Paulaz Enterprises Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Shrenik & Paulomi Nanavati | 3286 N. 29th Ct Hollywood, FL 33020 | Wells Fargo Bank, NA | ☒ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Shrenik & Paulomi Nanavati | 3286 N. 29th Ct Hollywood, FL 33020 | Alliance Franchise Brands | ☐ D _____ <br> ☒ E/F ___3.1___ <br> ☐ G _____ |
| 2.3 | Shrenik & Paulomi Nanavati | 3286 N. 29th Ct Hollywood, FL 33020 | Wells Fargo Small Business Operations | ☐ D _____ <br> ☒ E/F ___3.6___ <br> ☐ G _____ |
| 2.4 | Shrenik Nanavati | 3286 N. 29th Ct Hollywood, FL 33020 | ODK Capital, LLC, dba On Deck | ☐ D _____ <br> ☒ E/F ___3.4___ <br> ☐ G _____ |
| 2.5 | Shrenik Nanavati | 3286 N. 29th Ct Hollywood, FL 33020 | Amex Business National Bank | ☐ D _____ <br> ☒ E/F ___3.2___ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ___Paulaz Enterprises Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $856,572.33 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other _____ | $1,918,096.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other _____ | $2,320,808.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

---

Debtor    Paulaz Enterprises Inc._____    Case number *(if known)*_____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Chase Card Services<br>POB 15548<br>Wilmington, DE 19886 | April - June<br>2025 | $67,315.13 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | American Network Management<br>6499 Powerline Road, Ste 301<br>Fort Lauderdale, FL 33309 | April - June<br>2025 | $26,711.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other _Rent of premises_ |
| 3.3. | Bluevine Capital Inc.<br>268 South State Street, Suite 300<br>Salt Lake City, UT 84111 | Dec 2024-Jan<br>2025 | $18,587.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | Fellers<br>6566 East Skelly Drive<br>Tulsa, OK 74145 | May and June<br>2025 | $12,040.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Paulaz Enterprises Inc.                                     Case number *(if known)* _____

☒ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

---

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Van Horn Law Group, P.A. 500 NE 4th Street Fort Lauderdale, FL 33301 | Attorney fee: $15,000.00; Cost retainer: $2,500.00; Total initial retainer: $17,500.00 - Less pre-filing attorney fees of $8,270.00 and $1,738.00 filing fees leaving attorney retainer balance of $6,730.00 and cost retainer balance of $762.00 | 2025 | $15,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

Debtor    Paulaz Enterprises Inc.                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | The Cohen Law Firm PA 1700 N University Drive Suite 205 Coral Springs, FL | Debtor paid $12,060.00 for bankruptcy services; counsel declined further representation and refunded approximately $7,000.00 to Debtor. | February 2025 | $12,060.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** Debtor | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

Debtor  Paulaz Enterprises Inc. _____          Case number *(if known)* _____

**profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Paulaz Enterprises Inc. Retirement Fund | EIN:  82- 3102452 |

Has the plan been terminated?
☒ No
☐ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo Bank, N.A. P.O. Box 6995 Portland, OR 97228 | **XXXX**-8927 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | September 5, 2024 | $0.00 |
| 18.2. | Wells Fargo Bank, N.A. P.O. Box 6995 Portland, OR 97228 | **XXXX**-8461 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | May 9, 2024 | $0.00 |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Paulaz Enterprises Inc.                                    Case number *(if known)*

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    Bharat I Thackar, Inc.<br>9600 Weathervane Manor<br>Plantation, FL 33324 | Feb 2020 - current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

---

Debtor   Paulaz Enterprises Inc.

Case number *(if known)*

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Shrenik & Paulomi Nanavati<br>3286 N. 29th Ct<br>Hollywood, FL 33020 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. On Deck Capital<br>4700 W Daybreak Pkwy Ste 200<br>South Jordan, UT 84009 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Shrenik Nanavati | 3286 N. 29th Ct<br>Hollywood, FL 33020 | Equity Stockholder | 0.09 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paulomi Nanavati | 3286 N. 29th Ct<br>Hollywood, FL 33020 | Equity Stockholder | 0.09 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paulaz Enterprises Inc.<br>Retirement Fund | | Equity Stockholder | 99.82 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

Debtor  Paulaz Enterprises Inc.                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Shrenik Nanavati | 183846.29 | June 2024 to June 2025 | Salary of Insider of Debtor |
| | **Relationship to debtor** Owner/Officer | | | |
| 30.2 | Paulomi Nanavati | $148,846.29 | June 2024 to June 2025 | Salary of Insider of Debtor |
| | **Relationship to debtor** Owner/Officer | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Paulaz Enterprises Inc. Retirement Fund | **EIN:**   82-3102452 |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 15, 2025

/s/   Shrenik Nanavati                                    Shrenik Nanavati
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re  Paulaz Enterprises Inc.

Debtor(s)

Case No.

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Paulaz Enterprises Inc. Retirement Fund<br>5407 Trailridge Dr<br>Midland, MI 48640 | Common Stock | N/A | Equity |
| Paulomi Nanavati<br>3286 N. 29th Ct<br>Hollywood, FL 33020 | Common Stock | N/A | Equity |
| Shrenik Nanavati<br>3286 N. 29th Ct<br>Hollywood, FL 33020 | Common Stock | N/A | Equity |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   July 15, 2025

Signature   /s/  Shrenik Nanavati

Shrenik Nanavati

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re   Paulaz Enterprises Inc.

                                    Debtor(s)

Case No.

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   July 15, 2025

/s/ Shrenik Nanavati

Shrenik Nanavati/President
Signer/Title

Alliance Franchise Brands
47585 Galleon Drive
Plymouth, MI 48170


American Network Management, Inc.
6499 Powerline Road, Suite 301
Hallandale, FL 33009


Amex Business National Bank
115 West Towne Ridge Parkway
Sandy, UT 84070


Canon Financial Services Inc.
158 Gaither Drive, Suite 200
Mount Laurel, NJ 08054


Chase Card Services
POB 15548
Wilmington, DE 19886


CIT/First Citizens Bank
155 Commerce Way
Portsmouth, NH 03801


Comcast Business
P.O. Box 21638
Saint Paul, MN 55121


Florida Department of Revenue
PO Box 6668
Tallahassee, FL 32314


Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317


ODK Capital, LLC, dba On Deck
4700 W Daybreak Pkwy Ste 200
South Jordan, UT 84009


Shrenik & Paulomi Nanavati
3286 N. 29th Ct
Hollywood, FL 33020


Shrenik Nanavati
3286 N. 29th Ct
Hollywood, FL 33020


TD Bank
27777 Inkster Road
Farmington, MI 48334


U.S. Attorney for SBA
99 NE 4th Street
33132

```
U.S. Small Business Administration
Covid EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155


U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416


Wells Fargo Bank, NA
Credit
MAC D4004-03A PO Box 2715
Bureau DISPUTE
Winston Salem, NC 27102


Wells Fargo Small Business Operations
PO Box 29482
Phoenix, AZ 85038
```